# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5410**              **September Term, 2007**

07cv01975

Filed On:

Robert Earl Kroncke,
    Appellant

v.

Gail Johnson, Clerk, In their individual and official capacities and William K. Suter, Clerk, In their individual and official capacities,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB 0 4 2008

CLERK

## ORDER

Upon consideration of appellant's motion for extension of time to file response to the court's order filed December 27, 2007, the motion for leave to proceed in forma pauperis, consent to collection, and the Arizona Department of Corrections certified prisoner trust account report, it is

**ORDERED** that the motion for extension of time be dismissed as moot. Appellants submissions were timely filed.  It is

**FURTHER ORDERED**, on the court's own motion, that appellant's motion for leave to proceed in forma pauperis be referred to the district court in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending resolution by the district court of appellant's motion.

The Clerk is directed to transmit a copy of this order, along with the original of appellant's motion, to the district court. The district court is requested to notify this court promptly following disposition of the motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Nancy G. Dunn
Deputy Clerk