UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT EARL KRONCKE, )
)
Plaintiff, )
)
v. ) Civil Action No. 07-1975
)
GAIL JOHNSON, *et al.*, )
)
Defendants. )

### ORDER

It is hereby

**ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* on appeal is **GRANTED**.

SO ORDERED.

_____
United States District Judge

DATE:

2/12/08