# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5410**                                          **September Term 2007**

07cv01975

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

Filed On:

Robert Earl Kroncke,

Appellant

v.

Gail Johnson, Clerk, In their individual and official capacities and William K. Suter, Clerk, In their individual and official capacities,

Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JUN 2 2008

CLERK

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**   Sentelle, Chief Judge, and Garland and Brown, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order, filed November 2, 2007, be affirmed. Lower courts lack jurisdiction to review decisions of the United States Supreme Court or to compel Supreme Court clerks to take any action. See Marin v. Suter, 956 F.2d 339, 340 (D.C. Cir. 1992) (per curiam). Furthermore, these clerks enjoy absolute immunity from damages for performance of tasks that are an integral part of the judicial process. See Sindram v. Suda, 986 F.2d 1459, 1460 (D.C. Cir. 1993) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk